**Nathan D. YOUNG, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42123.**

Missouri Court of Appeals, Western District.

March 6, 1990.

Raymond L. Legg, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment denying post conviction relief sought pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).